Filed by KT D.C.
ELECTRONIC
May 14, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **08-cv-60729-Marra-Johnson**

JUDITH GUNZBURGER,

    Plaintiff,

v.

AL LAMBERTI,
as Sheriff of Broward County, Florida

    Defendant.
_____/

## COMPLAINT ALLEGING VIOLATION OF THE FAMILY AND MEDICAN LEAVE ACT

Plaintiff, JUDITH GUNZBURGER, by and through her undersigned counsel, sues Defendant, AL LAMBERTI as Sheriff of Broward County, Florida, and alleges:

### PARTIES

1. Plaintiff, JUDITH GUNZBURGER, is an individual, a resident of Broward County and a citizen of the State of Florida.

2. Defendant, AL LAMBERTI, is the Sheriff of Broward County, Florida. As Sheriff he manages the Broward Sheriffs Office ("BSO").

### JURISDICTION

3. Jurisdiction arises under the provisions of 28 United States Code §1331 in that it is an action under an Act of Congress, namely The Family and Medical Leave Act ("FMLA"), 29 United States Code §2611, et seq.

4. BSO has substantially more than fifty employees within 75 miles of Plaintiff's work site. As such BSO is an "employer" within the meaning of FMLA.

1

5. Plaintiff was employed in excess of twelve months by BSO and worked in excess of 1250 hours annually. As such she was entitled to the benefits and protections of FMLA.

## GENERAL ALLEGATIONS

6. JUDITH GUNZBURGER was first employed by BSO on July 25, 2005 as a Detention Program Specialist.

7. On March 3, 2007 she was promoted to the position of Child Investigation Specialist.

8. On November 12, 2007, Plaintiff was admitted to Memorial Hospital South with complaints of left sided rib, flank and chest pain and numbness in the left upper extremity.

9. Following her discharge she was seen by numerous physicians while continuing to have chronic low-grade fever and severe fatigue.

10. Plaintiff was ultimately found to have cytomegalovirus ("CMV") a virus which produces symptoms which mimic infections mononucleosis.

11. CMV infection has been found by at least one court to present a "serious health condition" under FMLA.

12. FMLA defines a "serious health condition" as "an illness, injury, impairment, or physical or mental condition that involves . . . continuing treatment by a health care provider." 29 U.S.C. § 2611(11)(B).

13. At her employer's request Plaintiff submitted a request for FMLA Leave commencing November 12, 2007, the date she was hospitalized at Memorial South.

2

14. On January 24, 2008, a FMLA administrator determined that Plaintiff did not meet FMLA leave requirements in that she "Did not have a serious health condition."

15. On January 31, 2008 Plaintiff's supervisor first acknowledged Plaintiff's leave request, which was the same day she was terminated for "failing to meet probationary standards."

16. The termination was apparently based on Plaintiff's absence from work while on what she believed to be FMLA leave beginning November 12, 2007.

17. Plaintiff's probationary performance review which she received on October 23, 2007 showed acceptable performance in her new position of Child Investigation Specialist.

## COUNT I – FMLA VIOLATION

18. Plaintiff readopts and re-alleges all allegations contained in Paragraphs 1 through 17 above as if fully set forth herein.

19. The Defendant violated FMLA and interfered with Plaintiff's rights under FMLA when it terminated Plaintiff on January 31, 2008.

20. As of that time Plaintiff still had one week of FMLA eligibility remaining.

21. Plaintiff was in fact able to return to work on February 4, 2008, and would have returned but for her wrongful termination.

WHEREFORE, Plaintiff prays for the entry of a judgment for damages against the Defendant for damages including back pay, benefits, accrued seniority, medical expenses, cost of job searches, liquidated damages, and attorney's fees. Plaintiff further prays for the entry of a judgment declaring the Defendant violated FMLA,

together with an order of reinstatement or in the alternative front pay, and such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, demands trial by jury as to all issues so triable as a matter of right.

CORNELL & ASSOCIATES, P.A.
Attorneys for Plaintiff
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 524-2703
Facsimile: (954) 524-2706

BY: _____
G. WARE CORNELL, JR.
Florida Bar No. 203920
warecornell@gmail.com

4

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JUDITH GUNZBURGER

**DEFENDANTS**

AL LAMBERTI,
as Sheriff of Broward County, Florida

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Cornell & Associates, PA (954)524-2703
1792 Bell Tower Lane, #210, Weston, FL 33326

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 60729-KAM-Johnson

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights (circled) | B☐ 540 Mandamus & Other | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 28 U.S.C. §§1331 and 2611

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 5/13/08    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 543147    AMOUNT 350.00    APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____