UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-60729-CIV-MARRA/JOHNSON

JUDITH GUNZBURGER,

    Plaintiff,

v.

AL LAMBERTI,
as Sheriff of Broward County, Florida,

    Defendant.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the separately entered Order and Opinion granting in part and denying in part Plaintiffs' Motion for Summary Judgment.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)  Final judgment is hereby entered in favor of Defendant Al Lamberti, as Sheriff of Broward County, Florida, and against Plaintiff, Judith Gunzburger.  Plaintiff shall take nothing from this action.

(2) The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of July, 2009.

_____
KENNETH A. MARRA
United States District Court

Copies furnished to:
all counsel of record

1